AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

Roger B. Steppe, Jr., et al.,

     Petitioner,         JUDGMENT IN A CIVIL CASE

V.

                            CASE NUMBER: **3:06-cv-00001-ECR-VPC**

United States Department of
Health and Human Services, Provider Reimbursment
Review Board,

     Respondents.

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that #29 Motion to Change Venue is DENIED as moot and #30 Motion for Summary Judgment is GRANTED.

   January 14, 2008                              **LANCE S. WILSON**
                                                                    Clerk

                                                                    /s/ Kalani Lizares
                                                                    Deputy Clerk